UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO,

           Plaintiff,

-v-

JR APPAREL WORLD LLC,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 6790 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, January 14, 2021, the Court ORDERS as follows:

By Thursday **January 21, 2021**, and after the exchange of an initial settlement demand and response, the parties shall file a joint submission stating whether they wish the Court to schedule a settlement conference, and if so, the parties' availability. If the parties do not wish to proceed with a settlement conference, the joint submission should state whether the parties will proceed to discovery and/or motion practice on the question of mootness.

Dated:     New York, New York
            January 14, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**